FILED

2019 OCT -2 PM 7:03

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

IRVING CEPEDA-CHICO,
DENISE MUNOZ-MORA,
KRISTEN ORTIZ,
RACHEL TORRES,
JEREMY ZAMOT,
CHRISTIAN MILLAN, and
CLARIBEL RIVAS

Case No. 6:19-cr-217-ORL-31LRH
21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 18, 2019, in the Middle District of Florida, and elsewhere, the defendant,

IRVING CEPEDA-CHICO

did knowingly and intentionally distribute a controlled substance, which distribution involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and which resulted in the death of a person M.D. on or about July 19, 2019.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

Beginning on an unknown date, but not later than on or about December 17, 2018, and continuing through on or about August 5, 2019, in the Middle District of Florida, and elsewhere, the defendants,

> IRVING CEPEDA-CHICO,
> DENISE MUNOZ-MORA,
> KRISTEN ORTIZ,
> RACHEL TORRES,
> JEREMY ZAMOT,
> CHRISTIAN MILLAN, and
> CLARIBEL RIVAS

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances.

With respect to defendant IRVING CEPEDA-CHICO, the violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

With respect to defendant DENISE MUNOZ-MORA, the violation involved 100 grams or more of a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

With respect to defendants KRISTEN ORTIZ, RACHEL TORRES, JEREMY ZAMOT, CHRISTIAN MILLAN and CLARIBEL RIVAS, the violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

All in violation of 21 U.S.C. § 846.

## COUNT THREE

On or about August 5, 2019, in the Middle District of Florida, and elsewhere, the defendants,

IRVING CEPEDA-CHICO, and
DENISE MUNOZ-MORA

aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR THROUGH SEVEN

On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendant,

IRVING CEPEDA-CHICO

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, each of which violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B):

| Count | Date |
| --- | --- |
| 4 | 12/17/18 |
| 5 | 1/16/19 |
| 6 | 8/5/19 |
| 7 | 8/6/19 |

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B).

## COUNT EIGHT THROUGH FOURTEEN

On or about the dates set forth below, in the Middle District of Florida, and elsewhere, the defendants, as identified below, aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violations involved a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of

heroin, a Schedule I controlled substance, as noted below, and is therefore punished under 21 U.S.C. § 841(b)(1)(C):

| Count | Date | Defendant | Drug |
|---|---|---|---|
| 8 | 3/13/19 | IRVING CEPEDA-CHICO | fentanyl, schedule II heroin, schedule I |
| 9 | 4/16/19 | IRVING CEPEDA-CHICO | fentanyl, schedule II heroin, schedule I |
| 10 | 5/9/19 | IRVING CEPEDA-CHICO JEREMY ZAMOT | fentanyl, schedule II heroin, schedule I |
| 11 | 6/21/19 | IRVING CEPEDA-CHICO | heroin, schedule I |
| 12 | 6/28/19 | IRVING CEPEDA-CHICO RACHEL TORRES | fentanyl, schedule II heroin, schedule I |
| 13 | 6/30/19 | IRVING CEPEDA-CHICO CHRISTIAN MILLAN | heroin, schedule I |
| 14 | 7/3/19 | IRVING CEPEDA-CHICO CLARIBEL RIVAS | heroin, schedule I |

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

## FORFEITURE

1.   The allegations contained in Counts One through Fourteen are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.   Upon conviction of a violation of 21 U.S.C. §§ 841 or 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such violation.

   3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

IRVING CEPEDA-CHICO,
DENISE MUNOZ-MORA,
KRISTEN ORTIZ,
RACHEL TORRES,
JEREMY ZAMOT,
CHRISTIAN MILLAN, and
CLARIBEL RIVAS

## INDICTMENT

Violations:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 846

A true bill,

_____
Foreperson

Filed in open court this 2nd day of October, 2019.

_____
Clerk

Bail $_____

GPO 863 525