UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Elizabeth A. Jenkins
Courtroom 11A

United States v. Jeremy Zamot
6:19-cr-217-O-LRH-5

| **Date**: February 7, 2020 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: James Plunkett (Spanish) |
| **Time**: 2:19 PM–2:36 PM | Total: 17 Mins | **Deputy Clerk**: Amanda Craig/Clara Thompson |
| **Government Counsel** | **Defense Counsel** |
| David Waterman for Dana Hill, AUSA | Paul Downing, AFPD |
| **Initial Appearance /Detention Hearing/Bond Hearing** | |

Interpreter sworn

Defendant provided a copy of the Indictment

Arrest Date: 02/07/2020

Court summarizes the charges and advises Defendant of Rule 5 rights.

Oral motion for Spanish interpreter by Defendant

Oral Motion to appoint counsel by Defendant

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed for all further proceedings.

Government does not seek detention

Defendant does not oppose release.

Preliminary hearing waived.

Court sets the following conditions of release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida; reside at current address and cannot change address without pts approval; cannot commit another crime; report to PTS as directed; $25k Signature bond, cannot obtain a passport or other international travel device, shall not use alcohol excessively, submit to substance abuse evaluation and/or treatment, mental health

evaluation and treatment deemed necessary, continue or actively seek employment, curfew from 9:00pm-6:00am monitored by RF, location monitoring

Defendant to appear in the Middle District/Orlando for court proceedings on 2/11/2020 at 11am